**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  04-CR-403-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      CARLOS ZAPATA-HERNANDEZ, and

        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Motion to Enter Appearance as Lead Counsel on Behalf of Carlos Zapata-Hernandez (Doc 757 - filed May 19, 2006) is **GRANTED**.  Richard Bednarski's entry of appearance as lead counsel on behalf of Defendant Carlos Zapata-Hernandez in this matter is noted.

Dated:  May 22, 2006
_____