IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. CARLOS ZAPATA-HERNANDEZ,

Defendant.

---

**ORDER**

---

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines having come before the Court and the Court being fully advised:

*IT IS HEREBY ORDERED* that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

*SO ORDERED this 27th day of October, 2006.*

BY THE COURT:

s/Lewis T. Babcock
HON. LEWIS T. BABCOCK
CHIEF JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO