AO 247 (Rev. D/CO 03/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CARLOS ZAPATA-HERNANDEZ ) | Case No:  04-cr-00403-LTB-01 |
| ) | USM No:  32893-013 |
| Date of Previous Judgment:  October 31, 2006 ) | Virginia L. Grady, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   **X** the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   180 months **is reduced to** 144 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range:  210 to 262 months | | Amended Guideline Range:  168 to 210 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   October 31, 2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   March 18, 2015                             s/Lewis T. Babcock
                                                                                   *Judge's signature*

Effective Date:  November 1, 2015                   Lewis T. Babcock, Senior U.S. District Judge
            *(if different from order date)*                         *Printed name and title*