IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    04-cr-00403-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARLOS ZAPATA-HERNANDEZ,

    Defendant.

_____

**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582**
_____

This matter is before the court on the defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582." Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u);  2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10;  3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

| | |
|---|---|
| Previous Offense Level: | 37 |
| Criminal History Category: | I |
| Previous Guideline Range: | 210-262 months |
| | |
| Amended Offense Level: | 35 |
| Criminal History Category: | I |
| Amended Guideline Range: | 168-210 months |

It is further ordered that the motion is GRANTED.  Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 180 months imprisonment is reduced to **144 months**,  EFFECTIVE NOVEMBER 1, 2015.

All other provisions of the Judgment entered on October 31, 2006, shall remain in effect.

**IT SO ORDERED**.

DATED at Denver, Colorado, this  6th  day of   April  , 2015.

BY THE COURT:

 s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court